UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

REDPRAIRIE CORPORATION,

        Plaintiff,

Case No. 05-C-1072

vs.

JEROME'S FURNITURE WAREHOUSE,

        Defendant.

**ORDER**

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED that the all motions for summary judgment shall be filed no later than February 16, 2007 and shall be filed in accordance with the district's local rules.

IT IS FURTHER ORDERED that all expert discovery be stayed pending the Court's decision on the anticipated summary judgment motions. Once the motions are decided, the supplemental report from Michael Bandemer would be due within 45 days of the date of the Court's decision, RedPrairie shall have 60 days thereafter to depose Bandemer and serve any rebuttal report, and Jerome's shall have 30 days thereafter to complete the deposition of any rebuttal expert. The deposition of RedPrairie's expert, Ron Bero, shall be completed within 45 days of the date of any decision on the summary judgment motions.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this <u>26th</u> day of January, 2007.

                                          s/AARON E. GOODSTEIN
                                          U.S. Magistrate Judge