AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**REDPRAIRIE CORPORATION**,
    Plaintiff

    v.      CASE NUMBER: **05-C-1072**

**JEROME'S FURNITURE WAREHOUSE**,
    Defendant

☒    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:** Pursuant to the jury award in the amount of $402,408.00, as limited by Section 13.3 of the contract between the parties, the total judgment in the amount of $289.850.00, together with costs and disbursements, is entered in favor of the plaintiff, RedPrairie Corporation and against the defendant, Jerome's Furniture Warehouse.

APPROVED: s/ Aaron E. Goodstein
              AARON E. GOODSTEIN
              UNITED STATES MAGISTRATE JUDGE

June 26, 2008                                      JON W. SANFILIPPO
Date                                                    Clerk

                                                           s/ V. Kelly Barton Terry
                                                           (By) Deputy Clerk

Case 2:05-cv-01072-AEG    Filed 06/26/08    Page 1 of 1    Document 223